**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MARISOL ROSARIO,

                          Plaintiff,              **25-CV-1953 (ER) (VF)**

      -against-                          **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    Defendant is directed to inform the Court about whether Defendant has been able to contact Plaintiff, and by what means, so the Court can notify Plaintiff to update her address on the docket. Defendant is directed to file a letter with the Court with this information by **July 15, 2025**.

                **SO ORDERED.**

DATED:     New York, New York
               June 25, 2025

                                                          _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge