**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MARISOL ROSARIO,

                      Plaintiff,                   **25-CV-1953 (ER) (VF)**

        -against-                          **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Defendant filed a motion to dismiss on April 23, 2025. ECF No. 7. To date, Plaintiff has not responded. Plaintiff is directed to respond or otherwise seek an extension of time to do so by **September 15, 2025**. If no response is received by that date, the Court will deem the pending motion to dismiss fully briefed and rule on it as unopposed.

        **SO ORDERED.**

DATED:    New York, New York
                August 28, 2025

                                                                            VALERIE FIGUEREDO
                                                                            United States Magistrate Judge